IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NYESHA VICTORIA ANDREWS,<br>Plaintiff | : <br> : <br> : |
| v. | :    CIVIL ACTION NO. 16-1180 <br> : |
| THE UNITED STATES OF AMERICA,<br>Defendant. | : <br> : |

**FILED**
APR -9 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

### ORDER

AND NOW, this 9th day of April 2018, upon review of the docket in the above-captioned case and in view of the fact that Plaintiff filed a Stipulation of Dismissal to dismiss this action as well as the related case of *Nyesha Victoria Andrews v. Hospital of the University of Pennsylvania, et al.*, Civil Action No. 14-4337 (attached), it is hereby **ORDERED** the Clerk of Court is directed to **CLOSE** the case.

It is so **ORDERED**.

BY THE COURT:

*/s/ Cynthia M. Rufe*
CYNTHIA M. RUFE, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NYESHA VICTORIA ANDREWS, <br> As Administrator of the Estate of <br> Nyesha Dawn Andrews <br><br> Plaintiff, <br><br> v. <br><br> HOSPITAL OF THE UNIVERSITY OF <br> PENNSYLVANIA, et al. <br><br> Defendants. | Civil Action No: 14-cv-4337 |

## STIPULATION OF DISMISSAL

The undersigned attorneys for Plaintiff, Nyesha Victoria Andrews, as Administrator of the Estate of Nyesha Dawn Andrews, and Defendants Hospital of the University of Pennsylvania, University of Pennsylvania Health System, Trustees of the University of Pennsylvania, Gayle Mitura, CRNP, and the United States of America, stipulate and agree to dismiss the above-captioned action (in which Civil Action No.16-1180 has been consolidated) with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).


JONATHAN M. COHEN, LLC

*[signature]*

Jonathan. M. Cohen, Esquire
Keith Thomas West, Esquire
*Attorneys for Plaintiff*

Date: 10-27-16

NAULTY, SCARICAMAZZA
& McDEVITT, LLC

*signature*

Thomas M. Savon, Esquire
*Attorneys for Defendants*
*Hospital of the University of Pennsylvania,*
*University of Pennsylvania Health System,*
*The Trustees of the University of*
*Pennsylvania, and Gayle Mitura, CRNP*

Date: 10/28/2016

ZANE DAVID MEMEGER
UNITED STATES ATTORNEY

*signature*

David A. Degnan
Scott W. Reid
*Assistant United States Attorneys*
*for Defendant United States of America*

Date: 10/28/16

2